# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CT50 | E 2144300 | Douglas Akin | 2161 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/07/2024 1140
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(b)(26)
Place of Offense: VA Medical Center Lot 7, 950 Campbell Ave, West Haven, CT
Offense Description: Factual Basis for Charge: vehicle parked in a space marked as NO PARKING in yellow.
HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: LAROSA  First: LAURA  M.I.: I.

Tag No: BF89008  State: CT  Year: 22  Make/Model: CHEVROLET  Color: BLACK

APPEARANCE IS REQUIRED — A ☐
APPEARANCE IS OPTIONAL — B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee
$ 55 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: NOT PRESENT

*E2144300*

CVB SCAN 05/15/2024 15:15

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 7, 20 24 while exercising my duties as a law enforcement officer in the SOUTH District of CT

I, sgt. Douglas Akin of the US Dept. of Veterans Affairs Police, did observe the described vehicle parked unattended in a space marked in yellow crosshatch paint on the pavement as NO PARKING AREA, in violation of 38 CFR 1.218(b)(26).

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/07/2024  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident